# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR 4:21-cr-097** |
| | ) | |
| **DEBORAH DENISE WILLIAMS** | ) | |
| **Defendants.** | ) | |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Georgia hereby moves to dismiss, without prejudice, the indictment against Deborah Denise Williams, said dismissal being in the interests of justice.  The Government, state prosecutor's office, and Defendant have agreed to resolve the case to state charges. A proposed Order is attached to this motion.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

***/s/ Frank M. Pennington, II***
Frank M. Pennington, II
Assistant United States Attorney
Georgia Bar No. 141419

P.O. Box 8970
Savannah, Ga.  31401
(912) 652-4422

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR 4:21-cr-097** |
| | ) | |
| **DEBORAH DENISE WILLIAMS** | ) | |
| **Defendants.** | ) | |

## <u>ORDER OF DISMISSAL</u>

The motion of the government for an order dismissing, without prejudice, the indictment against Deborah Denise Williams is GRANTED. The indictment is hereby dismissed without prejudice.

So ORDERED, this _____ day of November, 2022.

_____
HON. R. STAN BAKER
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 29th day of November, 2022.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Frank M. Pennington, II*
Frank M. Pennington, II
Assistant United States Attorney
Georgia Bar No. 141419

P.O. Box 8970
Savannah, Ga.  31401

2